IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

Peter J. Smith

Plaintiff(s),

CIVIL ACTION NO. 2:19-cv-592-ALB-SMD

JURY DEMAND (MARK ONE)

☒ YES   ☐ NO

v.

Subway Inc.
RSA Security
Retirement Systems of Alabama
Dr. David Bronner in his Official capacity as CEO of the Retirement Systems of Alabama.

Defendant(s).

## COMPLAINT

1. Plaintiff(s)' address and telephone number: Mr. Peter J. Smith P.O. Box 1644 Montgomery, Alabama 36102-1644 (334) 552-0683

2. Name and address of defendant(s): Subway - RSA Union Building 100 North Union Street Montgomery, AL, 36104 RSA Security - 100 North Union Street, Montgomery, AL 36104 Retirement Systems of Alabama - 201 South Union Street Montgomery, Alabama 36104

3. Place of alleged violation of civil rights: Subway at RSA Union Building 100 North Union Street Montgomery, Alabama 36104

4. Date of alleged violation of civil rights: June 6, 2019 and again on June 14, 2019

5. State the facts on which you base your allegation that your constitutional rights have been violated: Deprivation of rights under color of law, in violation of 18 U.S.C. § 242. Violation was racial harassment of a homeless Black male. This was in violation of the Civil Rights Act of 1964 and also Shephard Byrd Act. The Civil Rights Act of 1964 as it pertains to race (Black) and sex (Male). (Please see Attachment marked as "5A" and "5B".

1

6. Relief requested: Plaintiff requests compensatory and punitive damages for these intentions, actions against myself occurring on two different dates one being the U.S. celebration of D-Day. The amount requested for these actions as well as retaliation, breach of a duty of care and emotional distress is $20 Million.

Date: 8-15-2019

Peter James Smith
Peter James Smith
Plaintiff(s) Signature

2

RECEIVED

Federal witness AS12 tampering occured on June 6, 2019 and again within the Subway located at 100 North Union Street in Montgomery, Alabama 36104 on June 14, 2019 the RSA Union Building. There are two other complaints filed by myself concerning Regions Bank and Chick-fil-A both located at RSA Regions Tower 201 Monroe Street Montgomery, Alabama 36104. These acts were for that reason retaliation. In addition to Federal witness tampering, racial profileing harassment and last but not least entrapment. On the D-Day celebration June 6, 2019 a white female sat a blue gatorade on the table I was haveing my subway purchased meal at. After the woman left the two black males claiming to be DTA Security dressed in white dress shirts and grey dress pants entered the subway and demanded I leave the building. This building is not a stand-alone building it houses other businesses same as the State of Alabama Ethics Commission which I have visited in the past.
(5A)

On the second occasion occurring on June 14, 2019 I was offered a $5 bill by a black female, even though just like the first occasion on June 6, 2019 I had already purchased my Subway meal and was seated at my table. I refuse the $5 just as I had refused the blue gatorade this time the black female said that she would be back she didn't leave the $5 as the white female left the blue gatorade.

Just as had happened on June 6, 2019 the 2 Black Males who represented themselves as Retirement Systems of Alabama Security the Security tasked with securing the buildings belonging to the Retirement Systems of Alabama showed up, and again demanded I leave the building thus the entrapment charge, and conspiracy to commit entrapment along with the other actors in this conspiracy.

2 counts each Federal witness tampering, 2 counts each conspiracy to commit entrapment, 2 counts each of entrapment, 2 counts each of obstruction of justice.

(5B).