IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PETER J. SMITH, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:19-cv-592-RAH |
| | ) |
| SUBWAY INC., *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## **ORDER**

On August 28, 2020, the Magistrate Judge entered a Recommendation, (Doc. 10), to dismiss this case prior to service of process. There being no timely objections filed to the Recommendation, and based on an independent review of the record, it is

ORDERED:

1. The Recommendation of the Magistrate Judge is ADOPTED. (Doc. 10.)

2. This case is DISMISSED in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

A separate Final Judgment will be entered in accordance with this order.

DONE, this 1st day of October, 2020.

                                      /s/ R. Austin Huffaker, Jr.
                                 R. AUSTIN HUFFAKER, JR.
                                 UNITED STATES DISTRICT JUDGE